**Order entered July 15, 2021**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00396-CV

### QUALON DOUGLAS, Appellant

### V.

### FARMERS INSURANCE FEDERAL CREDIT UNION, Appellee

**On Appeal from the County Court at Law No. 7
Collin County, Texas
Trial Court Cause No. 007-01704-2020**

## ORDER

Before the Court is appellant's July 14, 2021 second motion for an extension of time to file his brief on the merits. We **GRANT** the motion and extend the time to **September 10, 2021**. We caution appellant that further extension requests will be disfavored.

/s/    BONNIE LEE GOLDSTEIN
        JUSTICE